UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERREBONNE PARISH SCHOOL BOARD**   CIVIL ACTION

**VERSUS**   00-426

**TEXACO, INC.**   SECTION "T"(2)

### ORDER

It having come to the attention of the Court that the above-captioned matter involves subject matter that comprises a material part of the subject matter and/or operative facts of *Terrebonne Parish School Board v. Mobil Oil Corp.*, Civil Action No. 00-310 "E"(5) and thus is a related case, and finding that it would promote judicial economy and conserve judicial resources for the matter to be transferred and consolidated with the earlier filed suit as provided under Local Civil Rule 3.1.1E.

**IT IS ORDERED** that the above captioned case be and the same hereby is **TRANSFERRED** to Section "E" for possible consolidation with Civil Action No. 00-310 "E"(5) of this Court.

New Orleans, Louisiana, this 22nd day of February, 2000.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

TRANSFERRED TO
SECT E MAG 5

DATE OF ENTRY FEB 25 2000