UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| versus | NO. 00-0310 |
| MOBIL OIL CORPORATION | SECTION: E/5 |

MAR 8 12 29 PM '00
LORETTA G. WHYTE
CLERK

## ORDER OF CONSOLIDATION

00-426

**IT IS ORDERED** that the following below listed civil actions are hereby **CONSOLIDATED** with the above captioned civil action:

Terrebonne Parish School Board vs Falco S & D, Inc., Et Al
Civil Action 00-0425 "E" (5)

Terrebonne Parish School Board vs Texaco, Inc.
Civil Action 00-0426 "E" (5)

Terrebonne Parish School Board vs Quintana Petroleum Corp., Et Al
Civil Action 00-0443 "E" (5)

Terrebonne Parish School Board vs Falco S & D, Inc., Et Al
Civil Action 00-0444 "E" (5)

Terrebonne Parish School Board vs Burlington Resources, Etc., Et Al
Civil Action 00-0461 "E" (5)

Terrebonne Parish School Board vs Kilroy Company of Texas, Inc.
Civil Action 00-0462 "E" (5)

Terrebonne Parish School Board vs Atlantic Richfield, Etc.
Civil Action 00-0468 "E" (5)

New Orleans, Louisiana, this _8_ day of March, 2000.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge

Copy to Magistrate Chasez

MAR 09 2000
DATE OF ENTRY_____

