FILED
U.S. DISTRICT COURT

2000 APR 27 P 4: 22

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-0310 c/w 00-0425 c/w 00-0426 c/w 00-0428 c/w 00-0443 c/w 00-0444 c/w 00-0461 c/w 00-0462 c/w 00-0468 |
| MOBIL OIL CORPORATION, ET AL | SECTION: B(5) |

### TRANSFER ORDER

On January 31, 2000, the lead case C.A. 00-310 was removed from state court and filed and allotted to Section "E"(5) of this Court. Thereafter, eight other removed actions were filed in this Court and transferred to Section "E"(5). On March 8 and 17, 2000, these actions were sua sponte consolidated by order of District Judge Marcel Livaudais, Jr. Upon discovering that he had a financial interest in a corporate party in one of the consolidated

APR 27 2000
TRANSFERRED TO
SECT. F

DATE OF ENTRY
APR 27 2000

Fee_____
Process_____
X/Dktd_____
CtRmDep_____
Doc.No._____

matters, Judge Livaudais recused himself and the consolidated matters were randomly allotted to Section "B" on April 3, 2000. It appears to the Court that, for the reasons that these actions were previously transferred and consolidated, the causes of action alleged in the captioned consolidate cases are substantially the same and are closely related to that in Civil Action No. 00-0201, currently pending in Section "F"(5) of this Court. Therefore, pursuant to L.R. 3.1.1E,

**IT IS ORDERED** that the captioned consolidated cases, Civil Action Nos. 00-0310 c/w 00-0425 c/w 00-0426 c/w 00-428 c/w 00-0443 c/w 00-0444 c/w 00-0461 c/w 00-0462 c/w 00-468, be and are hereby transferred to Section "F" for further handling and possible consolidation.

New Orleans, Louisiana, this 27th day of April, 2000.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE