FILED
U.S. DISTRICT COURT

2000 APR 27 P 4: 46

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-310 C/W 00-425 00-426, 00-428, 00-443 00-444, 00-461, 00-462 00-468 |
| MOBIL OIL CORPORATION, ET AL. | SECTION "F" |

## TRANSFER ORDER

The above captioned cases were transferred to Section "F" of this Court as being related to C. A. 00-201 "F". After review of the records the Court finds that the above cases are not related to C. A. 00-201 "F". Therefore;

IT IS ORDERED that the above captioned cases are hereby transferred back to Section "B" of this Court.

New Orleans, Louisiana, this 27th Day of April, 2000.

UNITED STATES DISTRICT JUDGE

APR 27 2000
TRANSFERRED TO SECT. B

DATE OF ENTRY
APR 2 8 2000