

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 28  P 1: 24

LORETTA G. WHYTE
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH**<br>**SCHOOL BOARD** | **CIVIL ACTION**<br><br>NO. 00-0310<br>c/w 00-0425<br>c/w 00-0426<br>c/w 00-0428<br>c/w 00-0443<br>c/w 00-0444<br>c/w 00-0461<br>c/w 00-0462<br>c/w 00-0468 |
| **VERSUS** | |
| **MOBIL OIL CORPORATION, ET AL** | **SECTION: B(5)** |

### TRANSFER ORDER

On April 26, 2000, the undersigned transferred the above listed consolidated actions to Section "F"(5) on the basis that they were related to C.A. 00-0201, for the same reasons these cases had originally been transferred to and consolidated by the Honorable District Judge Marcel Livaudais, Jr. prior to his recusal. The Honorable District Judge Martin L.C. Feldman has determined that these cases are not related and has rejected the transfer. Accordingly, considering L.R. 3.1.1E, the reason cited

**APR 28 2000**
**TRANSFERRED TO** mmf

___Fee___
___Process___
_X_/Dktd___
___/CtRmDep___
___Doc.No. 10___

by Judge Feldman, and having determined that the captioned cases are not related,

**IT IS ORDERED** that the above captioned Civil Action Nos. 00-0310 c/w 00-0425 c/w 00-0426 c/w 00-0428 c/w 00-0443 c/w 00-0444 c/w 00-0461 c/w 00-0462 c/w 00-0468, are **DECONSOLIDATED** and severed from each other.

**IT IS FURTHER ORDERED** that the original transfer orders are **REJECTED** and the Clerk of Court is directed to return the cases to the appropriate original sections of Court for further consideration:

```
00-0425   to   "R" (2)
00-0426   to   "T" (2)
00-0428   to   "K" (5)
00-0443   to   "T" (2)
00-0444   to   "R" (2)
00-0461   to   "R" (2)
00-0462   to   "R" (4)
00-0468   to   "R" (1)
```

The undersigned will retain C.A. 00-310"B"(5) pursuant to Judge Livaudais's recusal order.

New Orleans, Louisiana, this 28th day of April, 2000.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE