MINUTE ENTRY
JUDGE PORTEOUS
JUNE 23, 2000

FILED
U.S. DISTRICT COURT

2000 JUN 23 P 1: 45

LORETTA G. WHYTE

00-426

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

The following cases will be called on JULY 19, 2000 at 10:00 a.m. before the Honorable G. Thomas Porteous, Jr., United States District Judge, Room C-224, 500 Camp St., New Orleans, Louisiana.

Counsel are ordered to enter a default against defendants who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered.  Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with  F.R.Civ.P. 41(b)

| | |
|---|---|
| 99-2411 | GENERAL ELECTRIC CAPITAL CORP. V. JAMES L. ARNOULT, SR. ET AL<br>ATTY: H. KING, D. CULPEPPER, E  BURGUIERES, III M. HILL<br>NEED ANSWER FROM SIGNAL AIR, INC. |
| 00-1409 | DOROTHY MORAN V. NEW HOTEL MONTELEONE<br>ATTY: C. SCHWARTZ, A. BOSCH<br>NEED ANSWER FROM DEFENDANT. |
| 00-1404 | INFORMATIVE TECHNOLOGIES, INC. V. MFS TRANSTECH, INC.<br>ATTY: L. LIGHTFOOT<br>NEED ANSWER FROM MFS TRANSTECH, INC. |
| 00-1536 | NATIONWIDE INVESTMENT SERVICES V. JAMES D. RAY<br>ATTY: G. FAGAN<br>NEED ANSWER FROM JAMES D. RAY |
| 00-1066 | IRON WORKERS WELFARE FUND V. LEE T. ELLIS<br>ATTY: M. CANGEMI<br>NEED ANSWER FROM LEE T. ELLIS AND BARBARA ELLIS |
| 00-0046 | BEVERLY RILEY V. HMO LOUISIAN, INC.<br>ATTY: C. DONELON<br>NEED ANSWER FROM HMO LOUISIANA, INC, SHEILA LUMBI AND PAUL LUMBI |
| 00-0388 | TERESA L. MYERS V. CHARLES J. FOTI, JR.<br>ATTY: J. WITCHER, F. MATTHEWS<br>NEED ANSWER FROM CITY OF N.O., NOPD, RICAHRD PENNINGTON |

DATE OF ENTRY

JUN 2 6 2000



_____ Fee_____
_____ Process_____
 X    Dktd _____
 ✓    CtRmDep_____
      Doc.No._ 11_

00-0426    TERREBONNE PARISH SCHOOL BOARD V TEXACO, INC.
           ATTY: M. ST. MARTIN; G. JARMAN,
           NEED ANSWER FROM TEXACO

---

00-0576    WOLFGANG PETRUSCH V. IMMIGRATION AND NATURALIZATION SERVICE
           ATTY: A. LEWIS, K BECNEL
           NEED ANSWER FROM DORIS MEISSNER AND JAMES BURZYNSKI

---

99-0904    ITOCHU INTERNATIONAL INC. V. AMERICAN COMMERCIAL MARINE SERVICE
           ATTY: M. MARTIN; D. KING
           NEED ANSWER FROM DAIICHI CHUO KISEN KAISHA

---

UNITED STATES DISTRICT JUDGE