UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | C.A. NO: 00-0426 |
| VERSUS | JUDGE: PORTEOUS |
| TEXACO INC. | MAGISTRATE JUDGE: WILKINSON |

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come the Terrebonne Parish School Board and defendant, Texaco Inc., who upon representing to the Court that the captioned matter has been settled and compromised, hereby move the Court for an Order dismissing the captioned action, with prejudice, each party to bear its own costs.

Respectfully submitted:

G. William Jarman (#7238)
Linda S. Akchin (#17904)
Charles S. McCowan, III (#19699)
Pamela R. Mascari (#25162)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
  McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor (70825)
Post Office Box 3513
Baton Rouge, Louisiana 70821
Telephone: (504) 387-0999

and

DATE OF ENTRY
AUG 2 8 2000

439520_1

Richard S. Pabst (#17736)
TEXACO INC.
400 Poydras Street, 14th Floor
P.O. Box 60252
New Orleans, Louisiana 70130
Telephone: (504) 595-1700
*Attorneys for Texaco Inc.*

and

*[signature]*

A. J. Gray, III (#6253)
Wate T. Visconte (#24734)
The Gray Law Firm
P. O. Box 1467
Lake Charles, Louisiana 70602-1467
(337) 494-0694 - Telephone
(337) 494-0697 - Facsimile

*[signature]*

Michael X. St. Martin (312365)
Joseph Jevic III (23145)
St. Martin & Williams (APLC)
Crescent Farm
4084 Highway 311
P. O. Box 2017
Houma, Louisiana 70361-2017
(504) 876-3891 - Telephone
(504) 831-2219 - Facsimile

Attorneys for Terrebonne Parish School Board

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | C.A. NO: 00-0426 |
| VERSUS | JUDGE: PORTEOUS |
| TEXACO INC. | MAGISTRATE JUDGE: WILKINSON |

## ORDER

Considering the foregoing Joint Motion to Dismiss:

IT IS ORDERED that the captioned matter be and is dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 25th day of August, 2000.

_____

439520_1

-3-